1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12  JERRY DORAN,                          Case No. CIV.S-04-1613 DFL CMK

13       Plaintiff,

14  v.

15  STAPLES INC., ERRONEOUSLY SUED        **ORDER OF DISMISSAL**
    AS STAPLES THE OFFICE
16  SUPERSTORE dba STAPLES; PAULINA
    DONA CHUNG TRUSTEE OF THE JOHN
17  CLAYTON CHUNG & PAULINE DONNA
    CHUNG REVOCABLE TRUST,
18
         Defendant.
19

1 | **ORDER**

2  IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1613 DFL CMK, is hereby dismissed with prejudice.

Dated: 4/14/2005

_____
DAVID F. LEVI
Chief United States District Judge